IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALMA MILBY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GREATER PHILADELPHIA HEALTH | : | |
| ACTION, CYNTHIA WILLIAMS | : | |
| FORDHAM, and DR. LINDA POWELL | : | NO. 06-4556 |

### MEMORANDUM AND ORDER

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE                                    September 17, 2007

      Presently before the court are five motions filed in this age discrimination case. The first is a Motion for a Protective Order, in which the Plaintiff seeks protection for her personal notes relating to a prior employment discrimination case. The second is a Motion to Compel the Defendants to produce Ronald Heigler for deposition. Mr. Heigler is the Chief Executive Officer of Greater Philadelphia Health Action. The Defendants have filed a Motion for a Protective Order seeking to bar the deposition of Mr. Heigler. The Honorable Bruce W. Kauffman, to whom the case is assigned, referred the discovery motions to the undersigned.

      The motions filed on behalf of the Plaintiff were filed by her retained counsel, Thomas More Holland. Subsequent to these filings, Plaintiff filed a Motion to Dismiss Counsel. Plaintiff has also sought to withdraw the motion regarding the protective order for her personal notes and the motion to compel the deposition of Mr. Heigler. Mr. Holland has taken no position on any of the Plaintiff's motions, other than to set forth the lien he is owed for his fees and costs.

      Judge Kauffman will be dismissing counsel from the case shortly. Thus, I will grant the Plaintiff's Motions to Withdraw the Motions for a Protective Order and to Compel the Deposition of Mr. Heigler.

      An appropriate Order follows.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALMA MILBY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GREATER PHILADELPHIA HEALTH ACTION, CYNTHIA WILLIAMS FORDHAM, and DR. LINDA POWELL | : : : | NO. 06-4556 |

**O R D E R**

AND NOW, this 17th day of September, 2007, upon consideration of the Plaintiff's Motion for a Protective Order (Doc. 10), Motion to Compel (Doc. 11), Motions to Withdraw each of these motions (Doc. 14 and undocketed Motion sent to Judge Kauffman), and the Defendants' Motion for a Protective Order (Doc. 13), IT IS HEREBY ORDERED that the Plaintiff's Motions to Withdraw the Motions for a Protective Order and to Compel are GRANTED.  The Motions for a Protective Order (Doc. 10) and Motion to Compel (Doc. 11) are WITHDRAWN.  The Defendants' Motion for a Protective Order (Doc. 13) is DISMISSED AS MOOT.

BY THE COURT:

/s/Elizabeth T. Hey

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE